

**EDWARD P. MANGANO**
County Executive

**CARNELL T. FOSKEY**
County Attorney

**RALPH J. REISSMAN**
Deputy County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
Tel. (516) 571-3046 / Fax (516) 571-3058

July 14, 2016

Hon. Denis R. Hurley
United States District Court
P.O. Box 9014
100 Federal Plaza
Central Islip, New York 11722

      Re: Scharff et al. v. County of Nassau et ano.
         <u>10-CV-4208 (DRH)(GRB)</u>

Dear Judge Hurley:

   This office represents defendants, Nassau County and Shila Shah-Gavnoudias, Commissioner of the Nassau County Department of Public Works in the above-referenced action. I am writing to respectfully request that Your Honor sign the enclosed "Order Appointing Monitor Pursuant to Consent Decree" (the "Order"). The parties have agreed upon the selection of the Monitor, Dr. Eugene A. Bourquin, and require the enclosed Order to be signed by Your Honor in order for Nassau County to retain the services of Dr. Bourquin.

   Thank you for your attention in this matter.

                     Respectfully submitted,

                      RALPH J. REISSMAN
                      Deputy County Attorney

Encl.
cc: Counsel for Plaintiffs (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LORI SCHARFF, MICHAEL GODINO, EDWARD
MOLLOY AND LONG ISLAND COUNCIL OF THE
BLIND,

                                            Plaintiffs,        10-CV-4208 (DRH)(AKT)

     -against-                             **ORDER APPOINTING**
                                                              **MONITOR PURSUANT**
COUNTY OF NASSAU AND SHILA            **TO CONSENT DECREE**
SHAH-GAVNOUDIAS, COMMISSIONER
OF NASSAU COUNTY DEPARTMENT
OF PUBLIC WORKS, IN HER OFFICIAL CAPACITY,

                                            Defendants.
------------------------------------------------------------------x

        **WHEREAS**, the within action (the "Action") was commenced on September 15, 2010 [DE 1], between plaintiffs Lori Scharff, Michael Godino, Edward Molloy and the Long Island Council of the Blind, on the one hand, and defendants County of Nassau (the "County") and Shila Shah-Gavnoudias, Commissioner of the Nassau County Department of Public Works, on the other hand, and

        **WHEREAS**, as part of settlement of the Action, the parties entered into a Consent Decree filed December 1, 2015 [DE 60] (the "Consent Decree"), and

        **WHEREAS**, pursuant to Paragraph "5" of the Consent Decree, a qualified independent monitor (the "Monitor") is to be hired to oversee implementation of the Consent Decree, and

        **WHEREAS**, the parties have agreed upon the appointment of Dr. Eugene A. Bourquin to serve as the Monitor to oversee implementation of the Consent Decree,

        **NOW, IT IS HEREBY ORDERED**, that DR. EUGENE A. BOURQUIN be and the same is appointed to serve as Monitor to oversee implementation of the Consent Decree, and

1

**IT IS HEREBY FURTHER ORDERED**, that pursuant to the terms and conditions of the Consent Decree, the County shall pay all costs reasonably related to the performance of the Monitor's duties, including compensation of the Monitor, and

**IT IS HEREBY FURTHER ORDERED**, that the County shall enter into a contract to retain the services of DR. EUGENE A. BOURQUIN, as Monitor, for purposes of his overseeing implementation of the Consent Decree, and shall pay all costs reasonably related to the performance of the Monitor's duties, including compensation of the Monitor.

Dated: Central Islip, New York
       July ___, 2016

                                              **SO ORDERED:**

                                              _____
                                              **HON. DENIS R. HURLEY**
                                              **United States District Judge**